```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**CENTER FOR BIOLOGICAL DIVERSITY,
SIERRA CLUB, WEST VIRGINIA HIGHLANDS
CONSERVANCY, and OHIO VALLEY
ENVIRONMENTAL COALITION,**

      Plaintiffs,

v.                        Civil Action No. 2:19-cv-00632

**UNITED STATES FISH AND WILDLIFE SERVICE;
DAVID BERNHARDT in his official capacity as
Secretary of the United States Department
of the Interior; AURELIA SKIPWITH in her
official capacity as Director of United
States Fish and Wildlife Service; UNITED STATES
OFFICE OF SURFACE MINING RECLAMATION AND
ENFORCEMENT; and LANNY ERODS in his official
capacity as Acting Director of the Office of
Surface Mining Reclamation and Enforcement,**

      Defendants.

<u>ORDER</u>

In accordance with the parties' Stipulated Settlement Agreement and Order entered this same date, it is ORDERED that all counts of the plaintiffs' complaint be, and they hereby are, dismissed with prejudice. It is also ORDERED that the parties' request therein that the court retain jurisdiction to oversee compliance with the terms of the parties' Stipulated Settlement Agreement and Order and to resolve any motions to modify such terms be, and it hereby is, granted to the extent that the court

retains jurisdiction as requested for a period of 18 (eighteen) months from the date of this order.

It is further ORDERED that the Clerk is directed to move this case to the inactive docket of the court.  The parties may seek to re-open the case should the need arise within the eighteen-month period.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

                                  ENTER: May 15, 2020

                                  John T. Copenhaver, Jr.
                                  Senior United States District Judge